# In the United States Court of Federal Claims

No. 21-2316 C
(Filed: March 4, 2022)

```
* * * * * * * * * * * * * * * * * *   *
                                      *
BRIDGESPAN HEALTH COMPANY             *
and REGENCE BLUESHIELD,               *
                                      *
                                      *
               Plaintiffs,            *
                                      *
        v.                            *
                                      *
THE UNITED STATES,                    *
                                      *
               Defendant.             *
                                      *
* * * * * * * * * * * * * * * * * *   *
```

## ORDER

On March 3, 2022, the parties submitted a Stipulation to Enter Partial Final Judgment. ECF No. 8. The Court reviewed the parties' stipulations included therein and has determined pursuant to Rule 54(b) of the Rules of the United States Court of Federal Claims that there is no just reason for delay. Accordingly, the Court directs the Clerk to enter **PARTIAL FINAL JUDGMENT** in favor of Plaintiffs in the amount of $4,318,422.91 on Count I of the complaint (ECF No. 1) as it relates to cost-sharing reduction ("CSR") payments the government owes Plaintiffs through December 31, 2017, with each party to bear its own costs, attorneys' fees, and expenses. *See* ECF No. 8 at ¶ 5. Furthermore, the Court orders that Count I of the complaint (ECF No. 1) is **DISMISSED** with prejudice. *See id*. ¶ 6. Plaintiffs' CSR claims for benefit years 2018 and beyond shall not be dismissed.

**IT IS SO ORDERED.**

s/ Zachary N. Somers
ZACHARY N. SOMERS
Judge